# UNITED STATES DISTRICT COURT

**Middle** DISTRICT OF **Tennessee**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JONATHAN EDWARD STONE<br>ERIC IAN BAKER<br>MICHAEL COREY GOLDEN<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number: 08-4017-JSB |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 9, 2008** (Date) in **Maury** County, in the **Middle** District of **Tennessee** defendant(s) did,

(Track Statutory Language of Offense)
knowingly and willfully receive and possess improvised incendiary devices, each constituting a "destructive device" as defined by Title 26, United States Code, Section 5845(f) and therefore constituting a "firearm" as defined by Title 26, United States Code, Section 5845(a), and each of which was not registered to any of the defendants in the National Firearms Registration and Transfer Record;

in violation of Title **26; 18** United States Code, Section(s) **5861(d) and 5871)d); 2**.

I further state that I am a(n) **Special Agent with ATF&E** and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT OF JAMES W. BROWN, III

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_Signature of Complainant_
JAMES W. BROWN, III
Printed Name of Complainant

Sworn to before me and signed in my presence,

2/12/2008 at NASHVILLE, TN
Date   City   State

JOHN S. BRYANT   U. S. MAGISTRATE
Name of Judge   Title of Judge   Signature of Judge

# AFFIDAVIT OF JAMES W. BROWN III
**Bureau of Alcohol, Tobacco, Firearms and Explosives**

James W. Brown III, being first duly sworn on oath, states as follows:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and have been employed as a Special Agent for approximately seven years. This affidavit is submitted in support of a Criminal Complaint for the arrest of Jonathan Edward Stone, Eric Ian Baker, and Michael Corey Golden for the following offenses: On or about February 9, 2008 in the Middle District of Tennessee, Jonathan Edward Stone, Eric Ian Baker, and Michael Corey Golden, did intentionally possess an improvised incendiary device, commonly known as a "Molotov Cocktail" and constituting a destructive device as defined by Title 26, U.S.C. Section 5845(f), and therefore constituting a "firearm" as defined by Title 26, United States Code, Section 5845(a), which was not registered in the National Firearms Registration and Transfer Record.

The following information contained in this affidavit is based on my training and experience, my personal participation in this investigation, and information provided to me by other law enforcement officials. Unless otherwise indicated, where I have referred to written or oral statements, I have summarized them in substance and in part, rather than verbatim. Not all of the facts of the investigation known to me are contained herein, only those necessary to establish probable cause for the arrest of Jonathan Edward Stone Eric Ian Baker, and Michael Corey Golden.

On February 9, 2008, at approximately 0500 hours (all times herein are based on the 24-hour clock), a Columbia (Tennessee) Police Department (CPD), Patrol Officer reported that he had checked the exterior of the Islamic Center of Columbia, 1317 South Main St., Columbia, Tennessee and that there was no graffiti or broken windows visible on the exterior of the building.

On February 9, 2008 at approximately 0520 hours the Maury County Tennessee, 911 call center received a report of a fire at 1317 South Main St., Columbia, Tennessee.

On February 9, 2008, at approximately 0523 hours, a CPD Patrol Officer responded to 1317 South Main St., Columbia, Tennessee reported that he had observed that the glass of the door located on the south side of the building had been broken, and that heavy dark smoke was coming out of the broken window. The officer also reported that he observed that a single black swastika had been painted on the front of the building, and that two black swastikas and the following phrases, "We run the wold" (sic) and "White Power" had been painted on the south side of the building.

Following a subsequent investigation, Special Agents of the Tennessee Bomb and Arson Section (TNB&A) determined that the fire at 1317 South Main St., Columbia, Tennessee had been intentionally set. During the scene excavation, Special Agents recovered the remains of a suspected improvised incendiary device, namely a Molotov Cocktail.

On February 9, 2008, Special Agents from the ATF and Federal Bureau of Investigation canvassed businesses in the vicinity of 1317 South Main Street, Columbia, Tennessee.

On February 9, 2008, ATF and FBI Special Agents reviewed surveillance video record from

Kwik Sak (store #3607), which showed a multi-colored Chevrolet pick-up truck pulling up to pump #2 at approximately 0400hrs. The surveillance video also showed that a white male had entered the store and conducted a transaction. A Kwik Sak cash register transaction at approximately 0404hrs. recorded a purchase for $5.00 of gasoline at pump #2.

On February 9, 2008, between 0430 and 0445hrs, a CPD Patrol Officer reported that he had observed six individuals standing in the front of a residence located at 417 West 11th Street, Columbia, Tennessee. The officer identified Eric Ian Baker as a member of the group of individuals he had observed standing in front of the residence. The CPD officer also reported seeing a Chevrolet pick-up truck that he had observed Eric Ian Baker operate on prior occasions. The officer also reviewed a copy of the survillance video from Kwik Sak store #3607, and identified the multi-colored Chevrolet pick-up truck as the vehicle operated and registered to Eric Ian Burns.

On February 9, 2008, ATF Special Agents queried Tennessee Department of Safety databases, retrieved a drivers license photograph of Baker, and learned that Eric Ian Baker is the registered owner of a 1983 Chevrolet pick-up truck, license plate 387-NXF. The listed address for Baker and the vehicle is 12A Hoston Drive, Columbia, Tennessee.

On February 9, 2008, at approximately 2015hrs, Special Agents of the ATF, FBI, TNB&A, and Officers of the Columbia Police Department went to 12 A Hoston Drive, Columbia. Upon being allowed entry into the dwelling by resident Eric Baker, Special Agents observed Thomas Burns, Jonathan Stone and another individual inside of the residence. Special Agents obtained a consent to search the dwelling from the lease holder and Eric Ian Baker, Jonathan Stone and Thomas Burns agreed to be interviewed by Special Agents at the Columbia City Hall.

On February 9, 2008, Jonathan Edward Stone was interviewed by TNB&A Special Agents. According to the Special Agents, Stone admitted that he, along with Michael Cory Golden, and Eric Ian Baker, thought of the plan to "burn" the Islamic Center of Columbia, Tennessee, approximately one week prior to February 9, 2008. Stone further admitted that on February 8, 2008, he and Michael Corey Golden were driven to Walmart (Store #0192), located at 2200 Brookmead Drive, Columbia, Tennessee, by Eric Ian Baker, where Michael Corey Golden purchased one can of black spray paint. Stone described that on February 9, 2008, at approximately 0300hrs, he, Baker, and Golden decided to burn the Islamic Center of Columbia. Stone admitted that on February 9, 2008, Baker drove him and Golden to Kwik Sak (Store #3607) located at 417 W. 11th Street, Columbia, Tennessee, where gasoline was purchased. Stone described to the Special Agents how he, along with Golden and Baker, poured gasoline into two empty beer bottles. Stone described that after they poured gasoline into the bottles, they inserted dark rags into the necks of the bottles. Stone specifically described the improvised incendiary devices as "cocktails," Stone further stated that Baker drove him and Golden to the Islamic Center of Columbia, 1317 S. Main Street, Columbia, Tennessee. Stone told the Special Agents that after he, Golden and Baker arrived at the Islamic Center, a brick was used to break the glass of the door on the south side of the building. Stone admitted to the Special Agents that he and Golden had carried the improvised incendiary devices into the Islamic Center through the broken door. Stone further admitted to the Special Agents that he used a disposable lighter to ignite the improvised incendiary devices. Stone told Special Agents that he and Golden threw the devices onto the floor, and described how gasoline had splashed onto his pants and ignited. Stone then described to Special Agents how Baker had spray painted a single

black swastika on the front of the building, and painted an additional two black swastikas and the phrases, "We run the wold"(sic) and "White Power" on the south side of the building. Stone stated that, as a result of his participation in the fire of Islamic Center, he earned "two stripes" from Baker, who is his sponsor in the Christian Identity Movement. Stone admitted to Special Agents that he is a member of the Christian Identity Movement, and that stripes or promotions are earned for committing acts of violence against "enemies".

On February 9, 2008, Special Agents with the ATF and the FBI interviewed Eric Ian Baker. During the interview Baker admitted to Special Agents that, during the early morning hours of February 9, 2008, he drove Jonathan Stone and Michael Corey Golden to Kwik Sak (Store #3607), where Golden manufactured improvised incendiary devices. Baker further admitted to Agents that he then drove Golden and Stone to the Islamic Center of Columbia. Baker also admitted to Special Agents that, while at the Islamic Center, he spray painted Nazi symbols and white pride slogans on two sides of the building. Baker stated that he observed Golden and Stone entering the building. Baker explained to the Special Agents that "what goes on in that building is illegal according to the Bible" Baker also explained to the Agents that the Nazi symbols painted on the building meant "freedom on the streets."

On February 10, 2008, Special Agents from the ATF and the FBI interviewed Michael Corey Golden. During the interview, Golden admitted to Special Agents that, on February 9, 2008, he traveled to the Kwik Sak (Store #3607) with Baker and Stone, where he filled bottles with gasoline and placed rags, provided by Baker, into the necks of the bottles after they were filled with gasoline. Golden further admitted to Agents that he traveled with Baker and Stone to the Islamic Center, entered the building, and threw the improvised incendiary device on to the floor. Golden explained that his device did not break at first, and that he kicked his device, alongside of Stone's device which had broken and ignited.

Based on the information obtained during the investigation from Stone, Baker, and Golden, Improvised Incendiary Device(s) (Molotov Cocktails) were used in the incendiary fire at the Islamic Center of Columbia, Tennessee.

On February 10, 2008, the description of the components described to Special Agents by Baker, Golden, and Stone, and the evidence recovered as a result of the scene investigation (glass bottles, gasoline, and a cloth wick) were described to Certified Explosives Specialist Special Agent Mark Hoback. According to Special Agent Hoback, the described components, along with the stated intent learned during the investigation, meet the definition of a Destructive Device as defined by 26 U.S.C. § 5845(f). A Destructive Device is further defined as a "firearm" by 26 U.S.C. § 5845. As such this type of firearm is required, pursuant to 26 U.S.C. § 5841(a), to be registered with the Bureau of Alcohol Tobacco and Firearms and Explosives, National Firearms Registration and Transfer Record.

On February 10, 2008, your affiant queried the National Firearms Registration and Transfer Record, and learned that neither Eric Baker, Michael Golden nor Jonathan Stone, are registered possessors of any firearms as required by the National Firearms Act.


James W. Brown III
Special Agent
ATF


Subscribed and Sworn to
before me this February 12, 2008.

John S. Bryant
United States Magistrate Judge
Middle District of Tennessee